1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

| J.S., | CASE NO. 2:24-cv-01060-LK |
|---|---|
| Plaintiff, | ORDER STRIKING PENDING MOTIONS |
| v. | |
| KENT SCHOOL DISTRICT et al., | |
| Defendants. | |

11

12

13

14

15

16

        This matter comes before the Court on Plaintiff J.S.'s Memorandum of Law in Support of

Default Judgment, Dkt. No. 53, which could be construed as a motion for default judgment, and

his Motion for Additional Sanction, Dkt. No. 55.

        On April 2, 2025, the Court dismissed this case without prejudice because J.S. had not

served Defendants as required by Federal Rule of Civil Procedure 4, requested additional time to

do so, or shown good cause or excusable neglect to support an extension of the deadline to do so

imposed by Federal Rule of Civil Procedure 4(m) and the Court's prior orders. Dkt. No. 51 at 3–

4. On the same day, the Court entered judgment and closed the case. Dkt. No. 52.

17

18

19

20

21

22

23

24

ORDER STRIKING PENDING MOTIONS - 1

These motions followed. Dkt. Nos. 53, 55.[1] However, because the case remains closed, the Court STRIKES the motions. Except for permissible post-judgment motions, the Court will not entertain further motions in this closed case.

Dated this 1st day of May, 2025.

Lauren King
United States District Judge

[1] J.S. filed a notice of appeal on April 22, 2025. Dkt. No. 56.

ORDER STRIKING PENDING MOTIONS - 2